# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BENNY J. WATSON, | : | |
| | : | |
| Plaintiff | : | No. 3:15-CV-1592 |
| | : | |
| vs. | : | (Judge Nealon) |
| | : | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | : : | |
| | : | |
| Defendant | : | |

## ORDER

**AND NOW, THIS 28TH DAY OF FEBRUARY, 2017,** in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's appeal is **GRANTED**;

2. The decision of the Commissioner of the Social Security Administration denying Plaintiff Benny J. Watson disability insurance benefits is **VACATED**;

3. The matter is **REMANDED** to the Commissioner of the Social Security Administration in accordance with the foregoing Memorandum;

4. Judgment is entered in favor of Plaintiff and against Defendant; and

5. The Clerk of Court shall **CLOSE** this case.

/s/ **William J. Nealon**
**United States District Judge**